

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile: 538-7579
E-mail:wharrison@hamlaw.net

Attorney for Defendant
SHAWN PADILLA

LODGED
APR 2 8 2004
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 9 2004

at __ o'clock and __ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SHAWN PADILLA (07)<br><br>          Defendant. | CR. NO. 03-00496 (HG)<br><br>**TENTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER** |

### TENTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER

Comes now the UNITED STATES OF AMERICA and Defendant SHAWN PADILLA (hereinafter Defendant "PADILLA") above named, by and through their respective counsel undersigned, and hereby stipulate and agree that the condition of pre-trial supervision requiring Defendant PADILLA to undergo electronic monitoring shall be modified.  Defendant PADILLA shall be allowed to be free of the electronic monitoring requirement from April 28, 2004 until May 5, 2004 so that he may pick up machinery which was shipped to Kona,

and because of medical rehabilitation issues with his sponsor's family.

While in Kona he shall reside with Rozelle G. Graham.

**All other pre-trial conditions be and shall remain the same.**

DATED: at Honolulu, Hawaii, _____APR 29 2004_____.

_____
CHRIS THOMAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, April 28, 2004.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SHAWN PADILLA

_____
ALISON THOM
Pre-Trial Services

APPROVED AND SO ORDERED:

__KEVIN S.C. CHANG_____
JUDGE OF THE ABOVE-ENTITLED COURT