Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2007

at 2 o'clock and 03 min. P M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                              Criminal No. CR 03-00496HG-06

NIKA MOFFETT LOZANO

On 7/8/2005, the above named was placed on supervised release for a period of 3 years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served 25 months of supervision.

Respectfully submitted,

_____
MARK T. NUGENT
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 5th day of September, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge